**Order entered February 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00629-CV

### IN THE INTEREST OF S.C. AND K.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## ORDER

By separate orders, the following cause numbers have been consolidated into this proceeding: 05-18-01125-CV, 05-18-01368-CV, and 05-19-00006-CV. We **LIFT** the February 7, 2019 suspension of briefing deadlines in this case. We **ORDER** appellant to file a combined brief addressing the issues asserted in the consolidated cases **by March 22, 2019**. Appellee's brief will be due thirty days after appellant's brief is filed. Appellant's reply brief will be due twenty days after appellee's brief is filed.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE